UNITED STATES of America,
Plaintiff—Appellee,

v.

Stanley Lee VANCE, Defendant—
Appellant.

No. 06–50596.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007 *.

Filed Oct. 1, 2007.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without **oral argument.** *See* Fed. R.App. P. 34(a)(2).

Alka Sagar, Esq., Becky S. Walker, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Stanley Lee Vance appeals from the judgment revoking supervised release and

** This disposition is not appropriate for publication and is not precedent except as provid-

imposing a 24–month suspended prison term and a 48–month term of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Vance challenges the district court's admission of a hearsay report at the revocation hearing without allowing him to cross-examine its author. Although defendants have a limited right to confront adverse witnesses prior to revocation of supervised release, *see Morrissey v. Brewer,* 408 U.S. 471, 489, 92 S.Ct. 2593, 33 L.Ed.2d 484 (1972); *see also* Fed.R.Crim.P. 32.1(b)(2), the district court's use of the report, if error, was harmless beyond a reasonable doubt because the witness whose statement was being offered actually testified, *see United States v. Comito,* 177 F.3d 1166, 1170 (9th Cir.1999).

**AFFIRMED.**